1983 - SOUTHERN

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Mississippi_

_Southern_ Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

APR 11 2022

ARTHUR JOHNSTON

BY_____ DEPUTY

_Ricky R. Ewing #34353_

_____

_Plaintiff(s)_

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

_Commission Cain (MDOC)_

-v-_MS, Alicia Box (Records Dept)_
_MS, Jr Bivens (SMCI)_
_MS, Hastana (SMCI)_
_MS, Roberts (SMCI)_

_____

_Defendant(s)_

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. _1:22cv84 TBM-RPM_

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

---

①

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *Ricky R. Ewing*
All other names by which you have been known: *Love, Rounell*
ID Number: *# 34353*
Current Institution: *South Mississippi Corrections Facility*
Address: *P.O. Box 1419*
*Leakesville* *MS* *39451*
    City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: *MS. Hostalba*
Job or Title *(if known)*: *Case Worker (SMCI) B1*
Shield Number:
Employer: *(MDOC Case Worker SMCI)*
Address: *P.O. Box 1419*
*Leakesville* *MS* *39451*
    City    State    Zip Code
☐ Individual capacity ☒ Official capacity

**Defendant No. 2**
Name: *MS. J. Givens*
Job or Title *(if known)*: *Classification of MDOC (SMCI)*
Shield Number:
Employer: *(Classification of MDOC SMCI)*
Address: *P.O. Box 1419*
*Leakesville* *MS* *39451*
    City    State    Zip Code
☐ Individual capacity ☒ Official capacity

ⓐ

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 *MS. Roberts*
    Job or Title *(if known)*   *Head Case Worker of MDoc (SMCI)*
    Shield Number
    Employer          *Head Case Worker (SMCI)*
    Address           *P.O. Box 1419*
                    *Leakesville*       *MS*       *39451*
                     City             State        Zip Code
            ☐ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                 *MS. Alicia Bar*
    Job or Title *(if known)*   *Records Dept (SMCI of MDoc)*
    Shield Number
    Employer          *(Records Dept)*
    Address           *P.O. Box 1419*
                    *Leakesville*       *MS*       *39451*
                     City             State        Zip Code
            ☐ Individual capacity    ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

※ Suing under Section 1983 MDoc officials violated my Rights by still Holing me Incarcerated when my Time is Completed. Started from 3-8-01 until NOW.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    N/A        ③

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Suing Under Section 1983 All the Defendants I has Advise Many of this that my Time is Completed/Finish but they still refuse to Free me As of this day (12·2·21) Im Serving 1/4 of 25% 34 year From 3·8·21*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*( At SMCI of MDOC ) 12·2·21 Started )*

④

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? 12, 2, 21

✗ 4,4, 22                                        ← Until

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) TIME Completed AS of now (2) Going through lots of pain And Suffering (3) Fear for my life While MDOC Still holding me against my will. (MDOC Violated my Rights Still holding me Incarcerated At (SMCI) (MDOC Refuse to Grant my Relief) (THE Hold SMCI Case Workers) Records Dept M.S.DOC) Commission Caw (MDOC)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Suffering Bad Pain Head, Cole, Chest pain, Stomach pain, Yes I been treated but Still In pain Knowing I Supposed to be free. but not yet.

_____

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Grant Me A Fast Speedy Jury Trial Grant ME my Release Paper And Time served Grant Me my Golden Seal, And Grant me this Amount Near $5.5 Million Dollars for my pain, Suffering, And Dead Time I'm Doing. I'll pay All Courts Fees, Legal Fees, County fees, Medical fees, Just Free ME Your Honor.

⑤

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Clay Co. Jail / S.MCI Greene County MS Holding MS Incarcerated when my Time is Finsh.*

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

*I Cant get No Answer From Anyone At (S.MCI ARP) (Records Dept of MDOC) Commission cdir*

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

*N/A*

⑥

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No          N/A

E.    If you did file a grievance:

1.    Where did you file the grievance? At S.M.C.I Greene County ARP Dept.) Through ILAP MS. Clark And MS. Titley (S.M.C.I)

2.    What did you claim in your grievance? That MDoc Official, Staff, Case Workers (Record Depts) Commission Again (u Doc Still holding me Incarcerated When Riley R. Ewing #34353 time is Finish.

3.    What was the result, if any? Nothing yet. Still Waiting on A Answer From Them.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Went Straight to this Court for their Help.

⑦

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Not Response them, Time After Time Nothing being doing. tempetering with my AKP, Skipping All Over them going to certain ones your Honor .*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* *Exhibits Attach.*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. *U.S.D.C, of Gulfports / Circuit Court of Greene County, ms / U.S.D. of Jackson, ms / Supreme Court of MS / 5th Cir Court of Appeal*

⑧

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) *Ricky R Ewing, 34353 #*

Defendant(s) *Ms. Alicia Box ( 1:22-cv-0010-Le-RHW ( 1:22-cv-01049-1430-RHW)*

2. Court *(if federal court, name the district; if state court, name the county and State)*

*U.S.D.C. of Gulfport, MS 39501*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

*4·4·22*

6. Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.   *N/A*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*nothing yet still waiting to hear from these Defendant(s)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *Yes.*

⑨

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s) Ricky R. Ewing 34353 #

        Defendant(s) MS.Alicia Box Commission Lain, (1:22-cv-00010-LG-RHWR (1:22-cv-00049-HSO-RHWR)

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        U.S.D.C. of Gulfport, MS 39501

    3.    Docket or index number

    4.    Name of Judge assigned to your case

    5.    Approximate date of filing lawsuit

        4.4.22

    6.    Is the case still pending?

        ☒ Yes

        ☐ No

        If no, give the approximate date of disposition    N/A

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        Nothing yet, Still waiting to hear from the Defendant(s)

(10)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  4.4.22

Signature of Plaintiff    Ricky L Ewing

Printed Name of Plaintiff    # Ricky L. Ewing

Prison Identification #    34353

Prison Address    P.O. BOX 1419

| LSakesville | MS | 39451 |
|---|---|---|
| City | State | Zip Code |

B.      **For Attorneys**

Date of signing:  _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| | | |
|---|---|---|
| City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

(11)