IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY R. EWING**                                                                                          **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 1:22-cv-00084-TBM-RPM**

**UNKNOWN CAIN, Commissioner MDOC;
ALICIA BOX, Records Dept.; J. BIVENS,
Classification of MDOC; UNKNOWN
HOSTALLA, Case Worker; and UNKNOWN
ROBERTS, Head Case Worker of MDOC**                                       **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 29th day of July, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE